IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DUSTIN JABRANDON BOWLING, <br> #208 652, <br> <br> Plaintiff, <br> <br> vs. <br> <br> ROBERT BENTLEY, et al., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO. 2:14cv-841-WHA <br> ) <br> )           (WO) <br> ) <br> ) |

## **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Dustin Jabrandon Bowling, and this case is DISMISSED without prejudice.

DONE this 29th day of October, 2014.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE